UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

            - against-

SETH MARKIN and
BRANDON WONG,

                  Defendants.
-------------------------------------------------x

                                         **NOTICE OF HEARING**

                                         22 Cr. 395 (ER)

        An initial conference will be held on August 3, 2022 at 11:00 a.m. before the Hon. Edgardo

Ramos, U.S.D.J., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York,

NY 10007, Courtroom 619.

Dated:  New York, New York
          August 1, 2022

                                       s/ Jazmin Rivera
                                       Jazmin Rivera, Courtroom Deputy