# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

September 26, 2022

**By ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

        Re:    *United States v. Seth Markin and Brandon Wong*, 22 Cr. 395 (ER)

Dear Judge Ramos:

      We write with the consent of all parties to respectfully request that the status conference in the above-captioned matter, currently scheduled for September 28, 2022, be adjourned to October 20, 2022 at 9:30 a.m.[1]  We further request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the new conference date, in the interests of justice and to allow for the completion and review of discovery and for counsel to contemplate pretrial motions.

                                                          Respectfully submitted,  
                                                          KRIEGER KIM & LEWIN LLP

                                      By:     /s/ Edward Y. Kim  
                                                  Edward Y. Kim  
                                                  Henry L. Ross

cc:    All counsel of record

---

The status conference conference is adjourned to October 20, 2022 at 9:30 a.m.  Speedy trial time is excluded from September 28, 2022 until October 20, 2022, in the interest of justice.

SO ORDERED.

_____  
Edgardo Ramos, U.S.D.J  
Dated: ___9/28/2022_____  
New York, New York

---

[1] On September 2, 2022 the Court granted the parties' joint request to adjourn the next status conference from September 6, 2022 to September 28, 2022, and to exclude time until that date.  (ECF No. 15).