## SERCARZ & RIOPELLE, LLP
950 THIRD AVENUE, 31st FLOOR
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

*ADMITTED IN NY & NJ

**MEMO ENDORSED**

January 19, 2023

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The application to refile Defendant's declaration with redacted versions of Exhibits A and D is granted.
> SO ORDERED.
>
> _[signature]_
> Edgardo Ramos, U.S.D.J.
> Dated: 1/20/2023
> New York, New York

Re:   *United States v. Markin, et al,* 22 CR 395
<u>**Seth Markin - Defendant**</u>

Your Honor:

On December 29, 2022, I filed with the Court a Motion on behalf of Mr. Markin (1) to suppress statements; and (2) to dismiss counts of the Indictment on the basis of multiplicity. When the motion was originally filed, the U.S. Attorney's Office had no objection to filing the exhibits on the public docket.

Thereafter, it became apparent that redactions to two of the exhibits were necessary in order to conform to Southern District's ECF privacy policy and the Court's Protective Order in this case.

On January 13, 2023, AUSA Negar Tekeei alerted Chambers to the problem. As a result, the docket entry #43 is currently sealed on the ECF.

It is my understanding that we are being given an opportunity to file the instant motion requesting that the above docket entry be permanently sealed; and, that we be granted leave to re-file the Declaration with a redacted version of the exhibits in question.

2

Accordingly, with the consent of the Government, I request that we be permitted to re-file the Declaration currently sealed on the ECF with redacted versions of Exhibits A and D to the motion.

Most respectfully,

/s/ Maurice H. Sercarz

cc:   All Parties (ECF)