## WARNINGS AND ASSURANCES TO EMPLOYEE REQUESTED TO PROVIDE INFORMATION ON A VOLUNTARY BASIS

You are being asked to provide information as part of a criminal investigation being conducted by the United States Attorney's Office for the Southern District of New York (the "SDNY") and the Federal Bureau of Investigation New York Field Office (the "FBI-NY"). The purpose of the investigation is to determine whether one or more federal crimes may have occurred. The SDNY and FBI-NY investigation is not being conducted by FBI Security Division, Inspection Division, or Insider Threat Office, or the Department of Justice's Office of the Inspector General.

This is a voluntary interview. Accordingly, you do not have to answer questions. No disciplinary action will be taken against you by the FBI or Department of Justice if you choose not to answer questions. If you choose to voluntarily answer questions, you must do so truthfully. It is a federal crime to lie to federal agents.

Any statement you furnish may be used as evidence in any future criminal proceedings or agency disciplinary proceeding, or both.

### ACKNOWLEDGMENT

I understand the warnings and assurances stated above and I am willing to make a statement and answer questions. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

_Seth Markin_  |  _11/18/2021_  |  _Quantico FO_
Employee Name  |  Date and Time  |  Place

_[signature]_
Employee Signature

_Robert Hupcher_  |  _11-18-21 6:40am_  |  _Quantico, VA_
Witness Name  |  Date and Time  |  Place

_[signature]_
Witness Signature