

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

November 16, 2021

PERSONAL

Mr. Seth Markin
Federal Bureau of Investigation
Quantico, Virginia

Dear Mr. Markin:

This letter advises that you are suspended indefinitely from duty and pay effective upon receipt of this letter. This action is based upon the decision of Jennifer Leigh Moore, Federal Bureau of Investigation (FBI) Security Programs Manager, Human Resources Branch, to suspend your Top Secret security clearance and access to classified information. Your suspension will be in effect pending the final resolution of all security actions including investigation, adjudication, and any related appeals regarding your eligibility for access to classified information, and/or a determination of whether or not further administrative action is warranted.

It has been a longstanding, essential condition of employment that employees of the FBI be able to obtain and maintain a Top Secret security clearance. By the above referenced letter, you were notified of the decision to suspend your access to classified information, and as such, your access to controlled FBI space is not permissible at this time. In addition, you are reminded that while on suspension your authority to fulfill the duties and responsibilities of your position is also suspended. As such, you may not represent yourself as an active or on-duty employee of the FBI. Further, you are not authorized to perform any of the official duties previously granted to you by statute or by virtue of your employment with the FBI. Since you will not be allowed access to FBI space, there are no duties for you to perform. Therefore, you do not meet an essential condition of employment.

You are, however, being afforded a one-time opportunity to decide whether or not you wish to use your accrued annual or sick leave in lieu of being indefinitely suspended. If you elect to use accrued sick leave, you must meet the criteria set forth in the attached election form.

Mr. Seth Markin

This election is voluntary on your part. Should you decide to make this election, you will remain on leave for the duration of any outcome. If you exhaust your available leave, you will be placed on Suspension status pending a final FBI determination regarding your security clearance and/or other administrative action, if warranted.

Additional information concerning your eligibility to engage in outside employment and/or receive unemployment compensation is provided with the enclosed Election Form. You must provide the Performance Appraisal Unit (PAU) with your Election Form by either: Fax (202) 324-5254 or electronic mail HQ_DIV03_PAU@fbi.gov, as soon as possible and no later than 10 business days from the date you are presented this letter so that it is processed in a timely manner to avoid being placed in a non-duty, non-pay status (indefinite suspension). Until such time as a voluntary election form is received, you will be carried in a non-duty, non-pay status (indefinite suspension).

Our records indicate you are not preference eligible; therefore, you have no further right of review or appeal in this matter. If you believe you are preference eligible, please contact Management and Program Analyst Grace M. Francese, PAU, immediately at (202) 323-0082.

Regards,

Katherine Brideau
Unit Chief
Performance Appraisal Unit
Human Resources Division

Enclosures
1. Election Form
2. SF-8, Notice to Federal Employee about Unemployment Insurance
3. FD-331, Special Agent Request to Engage in Outside Employment
4. Federal Employment Health Benefits (FEHB)

Standard Form 52
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

## PART A - Requesting Office (Also complete Part B, Items 1, 7-22, 32, 33, 36, and 39.)

1. Actions Requested: Suspension During Probationary Period
2. Request Number:
3. For Additional Information Call (Name and Telephone Number): Jesse L Ward 903-632-1981
4. Proposed Effective Date: 11-18-2021
5. Action Requested By (Typed Name, Title, Signature, and Request Date): Jesse L Ward /s/ Jesse L Ward 11-18-2021
6. Action Authorized by (Typed Name, Title, Signature, and Concurrence Date): MARTIN LICCIARDO /s/ 11/18/21

## PART B - For Preparation of SF 50 (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

1. Name (Last, First, Middle): Markin, Seth, R
2. S: [redacted]
3. Date of Birth: [redacted]
4. Effective Date: 11/18/2021

### FIRST ACTION
- 5-A. Code | 5-B. Nature of Action
- 5-C. Code | 5-D. Legal Authority
- 5-E. Code | 5-F. Legal Authority

### SECOND ACTION
- 6-A. Code | 6-B. Nature of Action
- 6-C. Code | 6-D. Legal Authority
- 6-E. Code | 6-F. Legal Authority

7. FROM: Position Title and Number
15. TO: Position Title and Number

8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis
16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis

12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay
20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay

14. Name and Location of Position's Organization
22. Name and Location of Position's Organization

## EMPLOYEE DATA

23. Veterans Preference
   1 - None  3 - 10-Point/Disability  5 - 10-Point/Other
   2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30%
24. Tenure
   0 - None  2 - Conditional
   1 - Permanent  3 - Indefinite
25. Agency Use
26. Veterans Pref for RIF  YES  NO

27. FEGLI
28. Annuitant Indicator
29. Pay Rate Determinant

30. Retirement Plan
31. Service Comp. Date (Leave)
32. Work Schedule
33. Part-Time Hours Per Biweekly Pay Period

## POSITION DATA

34. Position Occupied
   1 - Competitive Service  3 - SES General
   2 - Excepted Service  4 - SES Career
35. FLSA Category
   E - Exempt
   N - Nonexempt
36. Appropriation Code
37. Bargaining Unit Status

38. Duty Station Code
39. Duty Station (City - County - State or Overseas Location)

40. Agency Data | 41. | 42. | 43. | 44.

45. Educational Level | 46. Year Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship 1 - USA 8 - Other | 50. Veterans Status | 51. Supervisory Status

## PART C - Reviews and Approvals (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. | | | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

2. Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

Signature | Approval Date

CONTINUED ON REVERSE SIDE
52-118

OVER

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540 01 333 6239