

Federal Bureau of Investigation
Training Division
Trainee Management Unit

## DISMISSAL FORM

TO: [✓] NAT [ ] NIAT [ ] NSOST (name): __Seth Markin__

FROM: Training Division, Trainee Management Unit

This form is to advise you of your dismissal from:

[✓] BFTC [ ] SOSBT (Class/Section #): __21·05·A__

The Training Division has developed or received information which indicates you have failed to meet one or more of the requirements specified in the document entitled:

[✓] Basic Field Training Course, New Agent and Intelligence Analyst Graduation Requirements
[ ] Staff Operations Specialists Basic Training Graduation Requirements

dated __11/18/21__, which you signed at the inception of training, annotating your understanding of the document and the rules and requirements it sets forth. Specifically, you have failed to meet the following requirement(s):

(check all that apply)

[ ] Academics (written or web-based)

[ ] Performance (producing or performing a work related tasks)

[ ] Law Enforcement Skills (firearms, defensive tactics, tactical training and tactical judgement)

[ ] Suitability (suitability dimensions, core values, standards of conduct, honor code)

[✓] Other: __Security clearance revoked suspended__

The Training Division will facilitate your transportation to your residence or home of record. Prior to leaving the Academy, you will be required to execute a departure itinerary form which details your travel plans, and provides your immediate and future contact information.

__SM__ Trainee's initials

Revised 05/09/2018 by mmh

    This Dismissal Form documents your dismissal from the respective training program at the FBI Academy. You are hereby notified you are ineligible to return back to the program from which you are being dismissed. A determination regarding any future employment status with the FBI will be made by the Human Resources Division. If you have any questions regarding this action, please contact the Administrative Services Unit at (703) 632-3165.

Trainee:

Print Name: Seth Markin
Signature: [signed]
Date: 11/18/21

Class Supervisor:

Print Name: MARTIN LICCIARDO
Signature: [signed]
Date: 11/18/21

Witness:

Print Name: Ann Kleinschmidt
Signature: [signed]
Date: 11/18/21

Unit Chief:

Print Name: Matthew Fowler
Signature: [signed]
Date: 11-18-21

DEPARTURE AND TRAVEL ITINERARY
TD/TMU
Page 2 of 3

Date of Departure: 11/18/21

<u>CURRENT PAY PERIOD ON THE DATE OF DEPARTURE</u>
(dates: 11/7/21 to 11/20/21 )

Week 1

| Date | | | |
|---|---|---|---|
| 11/8 | M | LWOP-AL [ ] 8 | AL ( 2 hrs.) [ ] |
| 11/9 | T | LWOP-AL [ ] 8 | AL ( 2 hrs.) [ ] |
| 11/10 | W | LWOP-AL [ ] 8 | AL ( 2 hrs.) [ ] |
| 11/11 | Th | LWOP-AL [ ] | AL ( 8 HOLIDAY hrs.) [ ] |
| 11/12 | F | LWOP-AL [ ] 8 | AL ( 2 hrs.) [ ] |

Week 2

| Date | | | |
|---|---|---|---|
| 11/15 | M | LWOP-AL [ ] 8 | AL ( 2 hrs.) [ ] |
| 11/16 | T | LWOP-AL [ ] 8 | AL ( 2 hrs.) [ ] |
| 11/17 | W | LWOP-AL [ ] 8 | AL ( 2 hrs.) [ ] |
| 11/18 | Th | LWOP-AL [ ] 8 | AL ( 2 hrs.) [ ] |
| 11/19 | F | LWOP-AL [ ] 0 | AL ( 0 hrs.) [ ] |

<u>NEXT PAY PERIOD</u>
(dates: _____ to _____ )

Week 1

| Date | | | |
|---|---|---|---|
| ____ | M | LWOP-AL [ ] | AL ( ___ hrs.) [ ] |
| ____ | T | LWOP-AL [ ] | AL ( ___ hrs.) [ ] |
| ____ | W | LWOP-AL [ ] | AL ( ___ hrs.) [ ] |
| ____ | Th | LWOP-AL [ ] | AL ( ___ hrs.) [ ] |
| ____ | F | LWOP-AL [ ] | AL ( ___ hrs.) [ ] |

Week 2

| Date | | | |
|---|---|---|---|
| ____ | M | LWOP-AL [ ] | AL ( ___ hrs.) [ ] |
| ____ | T | LWOP-AL [ ] | AL ( ___ hrs.) [ ] |
| ____ | W | LWOP-AL [ ] | AL ( ___ hrs.) [ ] |
| ____ | Th | LWOP-AL [ ] | AL ( ___ hrs.) [ ] |
| ____ | F | LWOP-AL [ ] | AL ( ___ hrs.) [ ] |

Additional instructions/comments regarding leave: _____
_____
_____

SM Trainee's initials