

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 15, 2023

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

  **Re:** *United States v. Seth Markin*, 22 Cr. 395 (ER)

Dear Judge Ramos:

  The Government respectfully writes to request that the Court (1) schedule a status conference so as to select a trial date for this case; and (2) exclude time under the Speedy Trial Act from today's date to the date of the conference.  The defendant, though counsel, consents to these requests.

  The defendant was arrested on July 25, 2022, and the Court held an initial pretrial conference on August 3, 2022. The Court held a second pretrial conference on October 20, 2022, and subsequently set a schedule for pretrial motions. (Dkt. 38.)  On June 5, 2023, the defendant made additional motions. (Dkt. 78)  All pretrial motions have been fully briefed since August 4, 2023.  Because the pretrial motion practice is complete, the Government respectfully requests that the Court schedule a pretrial conference to select a trial date.  The Government has conferred with counsel for the defendant, and the parties are available in September 2023 for a status conference.

      Additionally, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) through the date of that status conference. The Court previously excluded time through June 20, 2023, and since then time has been automatically excluded due to the pendency of the defendant's June 2023 motions. *See* 18 U.S.C. § 3161(h)(1)(D). The requested exclusion of time under the Speedy Trial Act will permit the defendant's continued review of discovery materials and permit the parties to prepare for trial. The Government respectfully submits that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: /s/ Nicolas Roos
      Nicolas Roos
      Kiersten A. Fletcher
      Negar Tekeei
      Assistant United States Attorneys
      (212) 637-2421 / -2238 / -2482

Cc: Counsel of Record (by ECF)