UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,  Indictment No.: 22 CR 395 (ER)

v.  **ORDER EXONERATING BAIL**

SETH MARKIN,

               Defendant.

-------------------------------------------------------------X

IT IS HEREBY ORDERED upon the application of counsel for the defendant SETH MARKIN that Mr. Markin's personal recognizance bond in this matter is hereby exonerated and released, and that all suretors on Mr. Markin's personal recognizance bond are released from any liability in connection with said bond;

IT IS FURTHER ORDERED that the United States Pretrial Services Agency release custody of Mr. Markin's passport and any other travel documents and deliver such documentation to Mr. Markin upon presentation of a copy of this Order.

Dated:   February 14, 2025

IT SO ORDERED

_____
HON. EDGARDO RAMOS
U. S. D. J.